**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

OLVIN RODRIGO RODRIGUEZ-SOTO,

     Petitioner,

v.                                      Case No. 2:25-cv-3140-MSN-cgc

MELLISSA B. HARPER, in her
official capacity,

     Respondent.

---

**ORDER DIRECTING CLERK TO SERVE PETITION,
ORDERING PETITIONER TO ELECTRONICALLY SERVE PETITION,
AND ORDERING RESPONDENT TO SHOW CAUSE**

---

Petitioner Olvin Rodrigo Rodriguez-Soto, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "§ 2241 Petition.")

The Clerk is **ORDERED** to serve a copy of the § 2241 Petition and this Order on Respondent Mellissa Harper[1] by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.

Petitioner is **ORDERED** to electronically serve a copy of the Petition and this Order on (1) the United States Attorney for the Western District of Tennessee at michael.dunavant@usdoj.gov, and (2) the Civil Chief of the United States' Attorney's Office at stuart.canale@usdoj.gov. Respondent is **ORDERED** to show cause in writing within **fourteen**

---

[1] The address for Enforcement & Removal Operations, New Orleans Field Office is 181 James Drive W, St. Rose, LA 70087. *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Dec. 22, 2025).

**(14) days** of such electronic service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. The electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

Petitioner may file a reply to Respondent's answer or response within **seven (7) days** of service. If the Petitioner asserts that there are issues of fact that need to be resolved at a hearing, Petitioner shall include those issues in the reply.

If the Court finds that a hearing is necessary, a date will be set by separate order. *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 22nd day of December, 2025.

*s/ Mark S. Norris*  
MARK S. NORRIS  
UNITED STATES DISTRICT JUDGE